# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00438-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MOHAMMED WALI ZAZI,

      Defendant.

---

## ORDER SETTING DATES FOR RESPONSES TO DEFENDANT'S PENDING MOTIONS

---

      On November 3, 2009, Defendant Mohammed Wali Zazi filed two motions: a motion for discovery (Doc. No. 27) and a motion to disclose grand jury material (Doc. No. 28).  The court's October 20 order setting dates for responses to pretrial motions was vacated by the court's November 3 order granting a continuance.

      The government's response to Mr. Zazi's motion for discovery and the government's response to Mr. Zazi's motion to disclose grand jury material shall be due twenty (20) days from the date the motions were filed: to wit, November 23, 2009.  Mr. Zazi's reply, if any, shall be due ten (10) days later: to wit, December 3.

      DONE AND SIGNED this  5th   day of  November   , 2009.

                              BY THE COURT:

                              *s/ David M. Ebel*

                              U. S. Circuit Court Judge