**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  09-cr-00438-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MOHAMMED WALI ZAZI,

        Defendant.

---

**ORDER APPOINTING COURT SECURITY OFFICER**

---

It is hereby ORDERED that this court designates Jennifer H. Campbell, Security Specialist with the Security and Emergency Planning Staff in the United States Department of Justice, as the Court Security Officer, and Christine E. Gunning, Daniel O. Hartenstine, Michael P. Macisso, Jarett F. Merk, Maura P. Peterson, W. Scooter Slade, Angela M. Strause, and Joan B. Kennedy as Alternate Court Security Officers for this case for the purpose of providing security arrangements necessary to protect any classified information or documents that may exist in connection with this case from unauthorized disclosure, in accordance with the provisions of Section 3 of the Classified Information Procedures Act ("CIPA"), and Paragraph 2 of the Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA Section 9).

DONE AND SIGNED this  5th  day of   January  , 2010.

BY THE COURT:

*s/ David M. Ebel*

_____

U. S. Circuit Court Judge