# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00438-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. MOHAMMED WALI ZAZI,

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

      The Pretrial Conference scheduled to begin at 10:00 a.m. on January 28, 2010, is rescheduled for **1:30 p.m.** on **January 28, 2010**.

      DATED:  January 28, 2010