# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00438-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. MOHAMMED WALI ZAZI,

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

       The Pretrial Conference scheduled for January 28, 2010, at 1:30 p.m. is <u>rescheduled</u> for **Monday, February 1, 2010** at **1:30 p.m.**

       DATED:  January 28, 2010