# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00438-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. MOHAMMED WALI ZAZI,

       Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY DAVID M. EBEL

       Pursuant to the oral stipulation of counsel, Gregory Holloway for the United States and Edward Harris for the Defendant, the Pretrial Conference scheduled for February 1, 2010, at 1:30 p.m. is VACATED.

       DATED:  February 1, 2010